IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INNOVATIVE WIRELESS SOLUTIONS, LLC, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 13-01861-RGA |
| ENGENIUS TECHNOLOGIES, INC. AND SENAO NETWORKS, INC., | ) ) ) ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Mark D. Flanagan and Jane Y. Huang of Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, CA 10116 and David C. Yang of Wilmer Cutler Pickering Hale and Dorr LLP, 350 South Grand Avenue, Suite 2100, Los Angeles, CA 90071, to represent Defendants Engenius Technologies, Inc. and Senao Networks, Inc. in the above-captioned action.

| | |
|---|---|
| OF COUNSEL:<br><br>Mark D. Flanagan<br>Jane Y. Huang<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>950 Page Mill Road<br>Palo Alto, CA  94304<br>(650) 858-6000<br>mark.flanagan@wilmerhale.com<br>jane.huang@wilmernhale.com<br><br>David C. Yang<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, CA  90071<br>(213) 443-5300<br>david.yang@wilmerhale.com | /s/ Frederick L. Cottrell, III<br>———————————————<br>Frederick L. Cottrell, III (#2555)<br>Anthony Flynn Jr. (#5750)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE  19801<br>(302) 651-7700<br>cottrell@rlf.com<br>flynn@rlf.com<br><br>*Attorneys for Defendants EnGenius Technologies, Inc. and Senao Networks, Inc.* |

Dated: January 7, 2014

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is GRANTED this ____ day of January, 2014.

———————————————
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California. I hereby submit, pursuant to Local Rule 83.6, to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon filing of this motion.

Mark D. Flanagan
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
(650) 858-6000
mark.flanagan@wilmerhale.com

Dated: 1-6-14

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California. I hereby submit, pursuant to Local Rule 83.6, to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon filing of this motion.

_____
Jane Y. Huang
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
(650) 858-6000
jane.huang@wilmerhale.com

Dated: 1/6/2014

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California. I hereby submit, pursuant to Local Rule 83.6, to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon filing of this motion.

                                              /s/ David Yang
                                              David C. Yang
                                              Wilmer Cutler Pickering Hale and Dorr LLP
                                              350 South Grand Avenue, Suite 2100
                                              Los Angeles, CA 90071
                                              (213) 443-5300
                                              david.yang@wilmerhale.com

Dated: 1/6/14